UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

WILLIE LEE PARTEE,

        Plaintiff,        Case No. 1:21-cv-961

v.        Honorable Phillip J. Green

ADMINISTRATIVE CIVIL LAW
PAROLE REVOCATION HEARING
COMMITTEE,

        Defendant.
_____/

## ORDER DENYING LEAVE
## TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES

In accordance with the opinion entered this day,

**IT IS ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

**IT IS ALSO ORDERED** that within twenty-eight days hereof, Plaintiff shall pay the $402.00 filing fees to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $402.00 filing fees.

2

Dated:   December 17, 2021                    /s/ Phillip J. Green
                                              PHILLIP J. GREEN
                                              United States Magistrate Judge


**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:
Clerk, U.S. District Court
399 Federal Bldg.
110 Michigan St., N.W.
Grand Rapids, MI 49503
**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**